**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

CAROLINE GAINES,

              Plaintiff,

     v.

BOB EVANS RESTAURANTS, LLC,

              Defendant.

Civil Action No. 2:23-cv-279-JMS-MG

> Dismissal with prejudice
> acknowledged [35].
> JMS, DJ 6/10/24
> Distribution via ECF

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Caroline Gaines, and Defendant, Bob Evans Restaurants, LLC, all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

/s/ Sarah Guffey_____
Andrew Dutkanych, #23551-49
Sarah E. Guffey, #36230-29
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: 317.991.4765
ad@bdlegal.com
sguffey@bdlegal.com
*Attorneys for the Plaintiff*

/s/ Oliver D. Frey (with permission)_____
Oliver D. Frey
Jonathan Vaughn
VORYS, SATER, SEYMOUR AND PEASE LLI
52 East Gay Street
Columbus, Ohio
Telephone: (939) 293-8670
jrvaughn@vorys.com
odfrey@vorys.com

Phillip R. Zimmerly
BOSE MCKINNEY LAW
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
pzimmerly@boselaw.com
Jonathan R. Vaughn*
*Attorney for the Defendant*